UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
SHORE, GAYLA S.                                 Case No.  07-50695 TJT
                                                Chapter 7
                                                HON. Thomas J. Tucker

_____ Debtor _____

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a).  The name and address of the party entitled to these unclaimed dividends is as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Capital One<br>11011 W. Broad Street<br>Glen Allen, VA.  23060-5937 | #4 & #4l | $296.51 |

Dated:  February 9, 2010                        /S/ David W. Allard_____
                                                Chapter 7 Trustee
                                                535 GRISWOLD STREET
                                                2600 BUHL BUILDING
                                                DETROIT, MI  48226
                                                Telephone (313) 961-6141
                                                Email: trusteeallard@allardfishpc.com
                                                P23288