UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:                      Case No. 07-50695 TJT
SHORE, GAYLA S.                   Chapter 7
                                                        HON. Thomas J. Tucker

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

        The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The names and addresses of the parties entitled to these unclaimed dividends re as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| AFNI<br>P.O. BOX 3427<br>BLOOMINGTON, IL. 61702 | 3 | $152.00 |
| AFNI<br>P.O. BOX 3427<br>BLOOMINGTON, IL. 61702 | 3I | $18.72 |
| HSBC/TAX<br>200 SOMERSET COPOR<br>BRIDGEWATER, NJ. 08807 | 7 | $500.00 |
| HSBC/TAX<br>200 SOMERSET COPOR<br>BRIDGEWATER, NJ. 08807 | 7I | $61.57 |

Dated: April 19, 2010                          /S/David W. Allard_____
                                                 Chapter 7 Trustee
                                                 2600 BUHL BUILDING
                                                 535 GRISWOLD
                                                 DETROIT, MI 48226
                                                 (313) 961-6141
                                                 Email: trusteeallard@allardfishpc.com
                                                 P23288